**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Civil 01-226 JMR/SRN**

**Maxim Group, Inc.,**

**Plaintiff,**

**v.**

**ORDER OF RECUSAL**

**Todd White,**

**Defendant.**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: February 8, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED FEB 08 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBER 01-226 JMR/JGL

Use this case number for all further filings.