UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maxim Group, Inc.,
Plaintiff,

v.

Todd White and Cybrix Corporation,

Defendants.

Court File No. 01-CV-226 JMR/JGL

**STIPULATION AND AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

The parties, through their undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal of this action without prejudice and on the merits, with each party bearing their respective attorneys fees and costs.

Dated: February ___, 2001

Robert Zeglovitch (#163557)
LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612/335-1732

**ATTORNEYS FOR PLAINTIFF MAXIM GROUP, INC.**

Dated: ~~February~~ July 10, 2001

Steven W. Wilson, Esq. ( #179024)
BRIGGS AND MORGAN
80 South Eighth Street, Suite 2400
Minneapolis, MN 55402

**ATTORNEYS FOR DEFENDANTS TODD WHITE AND CYBRIX CORPORATION**

FILED NOV - 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

2048422v1

**IT IS SO ORDERED:**

Dated: November 5th, 2003

Hon. James M. Rosenbaum
United States District Court Judge

1258162v1

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.